UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

John F. Grundhofer,

Plaintiff,

Civil No. 00-1012 (RHK/JMM)

vs.

**ORDER**

Peter Miller, a/k/a P Miller, a/ka
hpetermiller@hotmail.com,

Defendant.

---

On July 27, 2000, the Court considered Plaintiff's application for entry of a default judgment against Defendant under Rule 55(b)(2) of the Federal Rules of Civil Procedure. After considering the papers submitted in connection with the application, the papers on file in this action, the authorities cited, and the argument of counsel, the Court finds as follows:

1. This action was filed on April 18, 2000.

2. Defendant was served with the Summons and Complaint on May 1, 2000.

3. Defendant did not appear in this action.

4. A default was entered against Defendant on June 5, 2000.

5. Defendant is not a minor, an incompetent person, or a current member of the military service.

6. Plaintiff has established that Defendant is liable to Plaintiff for a permanent injunction, together with costs in the amount of $1,737.19, and reasonable attorneys' fees in the amount of $15,000.00.

FILED JUL 27 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**THEREFORE, IT IS ORDERED** that:

1. Default judgment be entered against the Defendant.

2. Defendant and his agents, servants, attorneys, and those persons in active concert or participation with any of them are hereby enjoined from registering any domain name that is confusingly similar to <johngrundhofer.com>.

3. Plaintiff is entitled to costs in the amount of $1,737.19, and reasonable attorneys' fees in the amount of $15,000.00.

4. The judgment shall bear interest at the judgment rate from the date of entry until paid.

Dated: June 27, 2000

RICHARD H. KYLE
United States District Judge